AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

DONNIE FRANCIS SCHROEDER,

      Plaintiff,            JUDGMENT IN A CIVIL CASE

V.

                                     CASE NUMBER:   3:12-cv-00152-LRH-VPC

UNITED STATES OF AMERICA,

      Defendant(s).

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Service's Motion to Dismiss (#21) is GRANTED. Judgment is entered in favor of the United States and against Schroeder.

July 23, 2013                                                        **LANCE S. WILSON**
                                                                        Clerk

                                                                       /s/ K. Rusin
                                                                       Deputy Clerk